# United States Court of Appeals
## For the First Circuit

No. 13-2520

UNITED STATES OF AMERICA,

Appellee,

v.

ALEXIS AMADOR-HUGGINS, a/k/a/ Negro,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on August 26, 2015, is amended as follows:

On the following pages, "Betancourt" is replaced with "Stefano":

Page 2, line 18
Page 3, lines 15 and 24
Page 4, lines 5 and 10
Page 11, line 15

On the following pages, "Betancourt's" is replaced with "Stefano's":

Page 2, line 18 and footnote 1
Page 3, lines 4
Page 17, lines 3, 13, and 17